# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SERRANO, AN INDIVIDUAL,
Appellant,
vs.
CLARK COUNTY SCHOOL DISTRICT,
Respondent.

No. 76976

**FILED**

JUL 0 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Crockett, District Judge
Ara H. Shirinian, Settlement Judge
Rempfer Mott Lundy, PLLC
Clark County School District Office of The General Counsel
Eighth District Court Clerk

19-28131